

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

*One Pierrepont Plaza*
*Brooklyn, New York  11201*

*Mailing Address*:   *156 Pierrepont Street*
*Brooklyn, New York 11201*

March 20, 2006

By Telecopier and Hand

Professor David Klem
Professor David Patton
Federal Defender Criminal Clinic
Washington Square Legal Services, Inc.
245 Sullivan Street, 6th Floor
New York, New York 10012
Attn: Alexis Stone & David Dean

        Re:    United States v. William Walker
                Magistrate's Docket No. 06-M-0187(RML)

Dear Ms. Stone & Mr. Dean:

      In accordance with the government's obligations under 18 U.S.C. § 3500 and pursuant to the order of the Court, we are providing you with the following:

      (a) a copy of Violation Notice No. A816054, filled out by P.O. Chatoyer Woodland;

      (b) a copy of the "Investigator's Statement," dated 03/25/2005, prepared by P.O. Chatoyer Woodland;

      (c) a copy of the Investigator's Statement, dated 03/25/2005, prepared by P.O. Nicholas Hoffner;  and

      (d) a copy of the "Ft. Hamilton Military Police Interview Worksheet," dated 03/25/2005, prepared by P.O. Nicholas Hoffner.

2

If you have any further questions please do not hesitate to contact me.

                                            Very truly yours,

                                            ROSLYNN R. MAUSKOPF  
                                            UNITED STATES ATTORNEY  
                                            EASTERN DISTRICT OF NEW YORK

By:    _____  
      Michael J. Ramos  
      Assistant U.S. Attorney  
      (718) 254-6532

      _____  
      Noah Shelanski  
      Student Prosecutor  
      (718) 254-6042

Enclosures (4 pages)

cc: Clerk of the Court (RML)(without enclosures)