AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

Eastern _____ DISTRICT OF _____ New York

UNITED STATES OF AMERICA

V.

William Walker

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 06 M 187

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Robert M. Levy, United States Magistrate Judge – EDNY
Name and Title of Judge

April 4, 2006
Date